IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARY CRANE,

    Plaintiff,

vs.                                CASE NO.: 1:08cv32-SPM/AK

CVS CAREMARK COMPANY
and SILVERSCRIPT INSURANCE
COMPANY,

    Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This case has been dismissed without prejudice pursuant to Plaintiff's Notice of Voluntary Dismissal Without Prejudice (doc. 5) and Federal Rule of Civil Procedure 41(a)(1)(i). Accordingly, the clerk shall close this case. The pending motion for class certification (doc. 3) is denied as moot.

SO ORDERED this 23rd day of May, 2008.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge